# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA ALTMIRE, et al. | ) | Case No. 2:10-cv-00908 |
| Plaintiffs, | ) | Chief Judge Gary L. Lancaster |
| v. | ) | |
| BABCOCK & WILCOX POWER GENERATION GROUP, INC., et al. | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 10th day of June, 2011, upon consideration of the Motion for Voluntary Dismissal of Plaintiff James Michael Cuffia, said Motion is GRANTED. Plaintiff James Michael Cuffia's claims against all Defendants in this action are dismissed.

_____ C.J.