## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA ALTMIRE, et al. | ) | Case No. 2:10-cv-00908 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BABCOCK & WILCOX POWER | ) | |
| GENERATION GROUP, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 13th day of Dec, 2011, upon consideration of the Motion for Voluntary Dismissal of Plaintiff James Michael Cuffia, said Motion is GRANTED.

Plaintiff James Michael Cuffia's claims against all Defendants in this action are dismissed.

_____, C.J.