IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA ALTMIRE, et al. | ) | Case No. 2:10-cv-00908 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BABCOCK & WILCOX POWER | ) | |
| GENERATION GROUP, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this  13th  day of  Dec , 2011, upon consideration of the Motion for Voluntary Dismissal of Plaintiff Virginia Jones, said Motion is GRANTED. Plaintiff Virginia Jones's claims against all Defendants in this action are dismissed.

_____ C.J.