IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK ALTMIRE, ET AL., | ) |
|     Plaintiffs, | ) |
| | ) |
|   v. | ) Civil Action No. 10-908 |
| | ) |
| BABCOCK & WILCOX POWER | ) |
| GENERATION GROUP, INC., | ) |
| ET AL., | ) |
|     Defendants. | ) |

## ORDER

Plaintiffs have filed documents entitled "Plaintiffs' Objections to the April 4, 2012 Order of Magistrate Judge Mitchell Denying Plaintiffs' Motion to Determine Standards and Procedures for Adjudication of the Sufficiency of Plaintiffs' Prima Facie Materials" [document #121] and "Plaintiffs' Objections to the April 4, 2012 Order of Magistrate Judge Mitchell Denying Plaintiffs' Motion to Consolidate for Adjudication of the Sufficiency of Plaintiffs' Prima Facie Materials" [document #123], which the Court will construe as appeals of both the non-dispositive order [document #119] and text-only order entered April 4, 2012. Upon a review of the matters raised by the appeals, the Court concludes that the orders appealed from are neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 22 day of May, 2012, IT IS HEREBY ORDERED that the above referenced objections are OVERRULED, the orders of April 4, 2012 are AFFIRMED, and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, C.J.

cc: The Honorable Robert C. Mitchell,
United States Magistrate Judge

All parties of record