IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA ALTMIRE, et al. | ) | Civil Action No. 2:10-cv-00908-GLL-RCM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BABCOCK & WILCOX POWER | ) | |
| GENERATION GROUP, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this 25th day of June, 2012, upon consideration of Plaintiffs' Motion for Voluntary Dismissal pursuant to Fed R. Civ. P. 41(a), IT IS HEREBY ORDERED that said Motion is GRANTED and the claims of Plaintiffs Janet E. Bozzarelli, Roland E. Cochran, Louis Corna, Shelva Jean Corna, Candis Freshwater, Ronald E. Freshwater, Dale Geyer, Marsha Kay Geyer, Margaret A. DelVecchio in her own right and as representative of the Estate of Frank A. DelVecchio, Crystal Klingensmith, Michele Mihalik in her own right and as representative of the Estate of Mary Ann Mihalik, and Keith Wilhelm in his own right and as representative of the Estate of Denise Wilhelm are dismissed with prejudice as to all Defendants.

_____
Chief United States District Judge